**Order filed February 2, 2015**



In The

# Court of Appeals

For The

# First District of Texas

————————

## NO. 01-14-00557-CR

————————

**JORDAN LEWIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 81st District Court**
**Wilson County, Texas**
**Trial Court Cause No. 13-11-205-CRW**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of State's Exhibit Nos. 5, 8-9, and 13-28.

The exhibit clerk of the 81st District Court is directed to deliver to the Clerk of this court the original of State's Exhibit Nos. 5, 8-9, and 13-28, **on or before March 4, 2015**. The Clerk of this court is directed to receive, maintain, and keep safe these original exhibits; to deliver them to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit Nos. 5, 8-9, and 13-28, to the clerk of the 81st District Court.

PER CURIAM